IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE DORR and CAROLE DORR,** : | **Civil No. 1:23-CV-00723** |
| **Plaintiffs,** : | |
| v. : | |
| **GCT GLOBAL CONTAINER TERMINALS, INC., GCT BAYONNE, LP, and GCT BAYONNE, LP,** : | |
| **Defendants.** : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 6th day of March, 2024, upon consideration of Defendants' motions to dismiss the complaint (Doc. 10), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** without prejudice to Plaintiffs' right to re-file in the appropriate jurisdiction.

The Clerk of Court is **DIRECTED** to close this case.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 6, 2024